UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**OLYMPIA MINERALS LEASING L L C**          CASE NO.  2:22-CV-05754

**VERSUS**                                  JUDGE JAMES D. CAIN, JR.

**J-LU LTD CO L L C ET AL**                 MAGISTRATE JUDGE LEBLANC

## MEMORANDUM RULING

On August 6, 2025, the Court entered a Memorandum Ruling and Judgment finding that Plaintiff, Olympia Minerals Leasing LLC ("Olympia") was entitled to Judgment as a matter of law as to the termination of a lease, an award of stipulated damages, and reasonable attorney fees pursuant to the lease agreement.[1]  The Court ordered Olympia to submit a detailed billing statement as to its attorney fees and costs within 14 days of the Judgment and further ordered Defendant, J-Lu Ltd Co LLC ("J-Lu") to submit any traversal it may have, seven days thereafter.[2]  Olympia has now submitted its fees, J-Lu has failed to traverse Olympia's submission, and the time for doing so has now expired.

Counsel for Olympia is requesting the following attorney fees:

- David McCrory      $295/hour      56.50 hours      $16,667.50
- Valerie Guidry     $230/hour      10.6 hours       $ 2,438.00

    TOTAL                                           **$19,105.50**

Olympia has submitted a Sworn Affidavit attesting to this total amount of attorney fees and costs related to its Motion for Partial Summary Judgment (Doc. 64). Finding that

---

[1] Docs. 72 and 73.
[2] *Id.*

the hourly rates and hours billed are reasonable, the Court will issue a Judgment in favor of Olympia and against J-Lu in the amount of $19,105.50.

    **THUS DONE AND SIGNED** in Chambers on this 25th day of August, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**