UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**OLYMPIA MINERALS LEASING L L C**     **CASE NO.  2:22-CV-05754**

**VERSUS**                              **JUDGE JAMES D. CAIN, JR.**

**J-LU LTD CO L L C ET AL**             **MAGISTRATE JUDGE LEBLANC**

## ORDER

For the reasons explained in the Minutes filed on this date by the undersigned and pursuant to Rule 37 of the Federal Rules of Civil Procedure,

**IT IS ORDERED** that any and all defenses asserted by Defendants in this matter are **STRICKEN.**

**THUS DONE AND SIGNED** in Chambers on this 3rd day of October, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**